IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DWIGHT FREEMAN, | : | |
| Plaintiff | : | Civil Action 2:08-cv-944 |
| v. | : | Judge Smith |
| TED STRICKLAND, *et al.*, | : | Magistrate Judge Abel |
| Defendants. | : | |

## ORDER

On January 30, 2009, the Magistrate Judge issued a report and recommendation on Defendant's Motion to Dismiss (Doc. 13), recommending that this case be dismissed as against Defendant Ted Strickland (Doc. 20). Objections to this report and recommendation were due by February 17, 2009. Plaintiff requested, and received, an extension of time to object until March 30, 2009 (Doc. 23). However, he has not filed any objections.

Given Plaintiff's lack of objection to the report and recommendation, and on *de novo* review as required by 28 U.S.C. §636(b), I find the report and recommendation well taken. Accordingly, it (Doc. 20) is **ADOPTED**. This case is hereby **DISMISSED** as against Defendant Ted Strickland.

IT IS SO ORDERED.

*/s/ George C. Smith*
GEORGE C. SMITH, JUDGE
UNITED STATES DISTRICT COURT